No. 92–5453.  RICE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 92–5458.  HAYNES v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 92–5459.  BONILLA v. HOKE, WARDEN.  C. A. 2d Cir.  Certiorari denied.

No. 92–5460.  HERNANDEZ v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 92–5462.  OWENS v. MCLEOD, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 92–5463.  POOLE v. OHIO.  Ct. App. Ohio, Allen County.  Certiorari denied.

No. 92–5464.  RAYMOND v. DEPARTMENT OF VETERANS AFFAIRS.  C. A. Fed. Cir.  Certiorari denied.

No. 92–5465.  MANWANI v. SCHONZEIT ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 92–5466.  MULAZIM v. REDMAN, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 92–5467.  WALKER v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 92–5468.  RUSSELL v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 92–5471.  HARRIS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 92–5472.  KING v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 92–5473.  GRACE v. BARTON, SUPERINTENDENT, FLORIDA STATE PRISON, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 92–5475.  KOCH v. UNITED STATES NAVY PUBLIC WORKS ET AL.  C. A. 9th Cir.  Certiorari denied.